AO 256 (Rev. 2/86)

**CRIMINAL DOCKET - U.S. District Court**

| PO ☐ | 0417 | 04 | Assigned 1709 | | ☐ WRIT | U.S. VS. | (LAST, FIRST, MIDDLE) | Case Filed Mo. 06 Day 23 Yr. 92 | Docket No. 0042 | Def. 02 |
| Misd. ☐ | | | Disp./Sentence | | ☐ JUVENILE | ▷ • MOORE, Charles | | | | |
| Felony ☒ | District | Off | Judge/Magistr. | | ☐ ALIAS | a/k/a "lc" | | No. of Def's 4 | U.S. MAG. CASE NO. ▶ | |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG | GUILTY HOLD |
|---|---|---|---|---|
| 21:846 | Conspiracy to possess w/ intent to distrib. crack (Ct.1) | 1 | | X |

SUPERSEDING COUNTS

## II. KEY DATE

**INTERVAL ONE**
- KEY DATE — EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears-on complaint — 1st appears with or waives counsel

**END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)**
- KEY DATE 6/23/92 APPLICABLE
  - ☒ Indictment filed/unsealed
  - ☐ consent to Magr. trial on complaint
  - ☐ Information
  - ☐ Felony-W/waiver
- ARRAIGNMENT

KEY DATE 7-23-92
- a) ☒ 1st appears on pending charge /R40
- b) ☐ Receive file R20/21
- c) ☐ Supsdg ☐ Ind't ☐ Inf
- d) ☐ Order New trial
- e) ☐ Remand   f) ☐ G/P Withdrawn

1st Trial Ended | RE-TRIAL | 2nd Trial Began

**END INTERVAL TWO**
- KEY DATE 11-2-92 APPLICABLE
  - ☐ Dismissal
  - ☒ Pled guilty ☐ After N.G.
  - ☐ Nolo ☐ After nolo
  - ☐ Trial (voir dire) began ☐ Jury ☐ N.J.

| DISPOSITION DATE 11-2-92 | SENTENCE DATE 3-8-93 | ☐ PTD ☐ Nolle ☐ Pros. | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP | on def motion on gov't motion |

## III. MAGISTRATE

| Search Warrant | Issued / Return | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE ▶ | | INITIAL/NO. | OUTCOME: ☐ DISMISSED |
| Summons | Issued / Served | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING | Date Scheduled ▶ / Date Held ▶ | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Arrest Warrant Issued COMPLAINT ▶ | | | | ☐ WAIVED ☐ NOT WAIVED ☐ INTERVENING INDICTMENT | Tape Number | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Date of Arrest | OFFENSE (In Complaint) | | | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:

RULE  20  21  40  In  Out

## IV. ATTORNEYS

U.S. Attorney or Asst.

Eric Evenson, AUSA

Defense: 1 ☒ CJA.  2 ☐ Ret.  3 ☐ Waived  4 ☐ Self.  5 ☐ Non/Other  6 ☐ PD.  7 ☐ CD

Det Hrg 7-28-92

Federal Custody

Jeffrey Starkweather
312 W. Franklin St.
Chapel Hill, NC
27516
919/967-7799

70 days up: 10-1-92

Sent: 3-8-93 NB

**BAIL • RELEASE**

PRE-INDICTMENT
- Release Date
- ☐ Bail Denied
- AMOUNT SET $
- Date Set
- ☐ Bail Not Made
- Date Bond Made
- ☐ Fugitive
- ☐ Pers. Rec.
- ☐ PSA
- Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other

POST-INDICTMENT
- Release Date
- ☒ Bail Denied
- AMOUNT SET $
- Set
- Not Made
- Date Bond Made
- ☐ Fugitive
- ☐ Pers. Rec.
- ☐ PSA
- Conditions: ☐ 10% Dep. ☐ Surety Bnd ☐ Collateral ☐ 3rd Prty ☐ Other

APPEALS FEE PAYMENTS

| FINE AND RESTITUTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
| | | | | | |
| | | | | | |

| DATE DOCUMENT NO. | Yr Docket No Def. 92-42-02-CR-4-H | MASTER DOCKET - MULTIPLE DEFENDANT CASE / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT PAGE OF | VI EXCLUDABLE DELAY Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|
| | | V. PROCEEDINGS | | | |
| 6/23/92 | 1 | INDICTMENT FILED - cys: 2USA, 2USPO, 2PTS, Judges Howard and Denson, USM, NB. Div. w/ cy. of pen. sht. b11 | | | |
| 6/23/92 | 2 | REQUEST FOR WARRANT - by U.S. Atty.; Detent. recomm. b11 | | | |
| 6/25/92 | | WARRANT ISSUED - orig. &1-USM w/ cert. cy of indmt., cy to USA. b11 | | | |
| 7/23/92 | -- | INITIAL APPEARANCE in Ral before USMJ Denson - Recorded - Deft present w/o counsel - Govt moves for deten - Advised of charges, max punish and rights - Deft req court appted counsel vp | (1) | | |
| | 3. | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT (Denson) - deten hrg set for 7/28/92 at 2:30 in Ral before USMJ Denson - 1c: Denson, USA, USM, PTS, Caviness (2) vp | | | |
| | 4. | ORDER appting court assigned cousel (Denson) -1c: USA, PTS, FPD w/file vp | | | |
| 7/24/92 | -- | Pretrial Scheduling Report to Denson vp | | | |
| 7/24/92 | 5 | ORDER ON PRETRIAL SCHEDULING - Conf by: 8/12/92, Mtns by: 8/26/92 Responses within 10 days of service of such mtns. (Judge H.) c: USA, Counsel, Judge H. jh | | | |
| 7/27/92 | 6 | RETURN ON WARRANT - dft. arrested on 7/23/92 at 401 E. Pitt St., Tarboro, NC by Kenneth H. Anbews, SA/ATF. b11 | | | |
| 7/28/92 | 7. | ORDER OF PRETRIAL DETENTION - the deft has not rebutted those presumptions and he must be detained pending trial (Denson) - 1c: USA, PTS, USM, Starkweather vp | (1) | | |
| | -- | DETENTION HEARING in Ral before USMJ Denson - Sharon Kroeger court reporter - Govt and defense proffer as to deten - Deft ordered detained vp | | | |
| 8/18/92 | 8 | MOTION TO EXTEND TIME TO FILE PRETRIAL MOTIONS - by dft. w/cs, cy to Judge Denson. b11 | | | |
| 8/19/92 | 9 | NOTICE OF APPEARANCE - by Jeffrey Starkweather for dft. w/cs, cys: USA, USPO, PTS & Judges Howard & Denson. b11 | | | |
| | 10 | REQUEST FOR DISCOVERY - by dft. w/cs, cy to Judge Denson. b11 | | | |
| 8/20/92 | 11 | ORDER ALLOWING EXTENSION OF TIME - govt. is granted up to & including 9/9/92. (DENSON, USDMJ) cys: USA, counsel and J. Howard. b11 | | | |
| 9/4/92 | 12 | MOTION FOR APPOINTMENT OF INVESTIGATOR - w/cs Judge Denson jh | 9/4/92 9-15-92 | | 11 |
| 9/11/92 | 13 | MOTION FOR BILL OF PARTICULARS - by deft. w/cs c: Judge Denson fs | 9/11/92 -10-21-92 | | 40 |
| 9/11/92 | 14 | MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR A BILL OF PARTICUALRS by deft w/cs c: Judge Denson fs | | | |
| 9/11/92 | 15 | MOTION FOR DISCLOSURE OF RULE 404(b) ACTS TO BE USED BY THE GOVERNMENT - by deft w/cs c: Judge Denson fs | 9/11/92 | | |
| 9/11/92 | 16 | MOTION FOR PRODUCTION OF EXCULPATORY MATERIAL AND INCORPORATED MEMORANDUM OF LAW - by deft w/cs c: Judge Denson fs | 9/11/92 | | |
| 9/14/92 | 17 | GOVERNMENT'S RESPONSE OR MOTION FOR EXTENSION OF TIME IN WHICH TO A RESPONSE - by govt. w/cs c: Judge Denson fs | | | |
| 9/15/92 | 18 | ORDER on deft's Motion For Appointment of Investigator - the deft's motion for funds not to exceed $300 to employ an investigator is ALLOWED CR OB# 14 p 142 c:deft fs | | | |
| 9/21/92 | 19 | ORDER that this court finds that the interests of justice would not prevail by dismissing defendant's motions because of attorney error, the government's Motion for Extension of Time is GRANTED. The govt. is given until 9 October 1992 to respond to deft's several motoins filed 11 September 1992 CR OB# 14 p 149 cc: USA, Judge Howard, Judge Denson, Counsel fs | | | |
| 10/8/92 | 20 | GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR A BILL OF PARTICULARS - w/cs cc: Judge Denson fs | | | |

CONTINUED TO PAGE

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 10/9/92 | 21 GOVERNMENT'A RESPONSE TO DEFENDANT'S MOTION FOR PRODUCTION OF EXCULPATORY - w/cs   cc: Judge Denson | fs | | | |
| 10/20/92 | ISSUED NOTICE FOR ARR & TRIAL - Mon. Nov. 2, 1992 at 10AM in New Bern Before Judge H. - c: USA, Counsel, Deft    jh | | | | |
| 10/21/92 | 22 GOVTS MOTION FOR DISCOVERY AND STATEMENTS OF DEFENSE WITNESSES - w/cs c: Judge Denson    jh | 10-21-92 10-28-92 | | | |
| 10/21/92 | 23 ORDER -Defts motion for a bill of particulars is GRANTED IN PART AND DENIED IN PART. Defts Motion for Notice of Rule 404(b) Evidence is GRANTED. Defts Motion for Production of Exculpatory Material is GRANTED IN PART AND DENIED IN PART. (Judge Denson) O.B.#15, P.31 c: USA, Counsel    jh | | | | |
| 10/23/92 | 24 NOTICE OF FED. R. EVID. 404(b) Evidence - w/cs c: Judge H.    jh | | | | |
| 10/27/92 | 25 NOTICE OF FED. R. EVID. 404(b) EVIDENCE - w/cs by Govt c: Judge H.    jh | | | | |
| 10/28/92 | 26 ORDER the Govts Motion for Discovery and Evidence is DISMISSED out of time. The Court recommends that the defense provide the govt with any witness statements producible under Rule 26.2 prior to the presentation of each defts case. (Judge Denson)O.B.#15, P.38 c: USA, Counsel    jh | | | | |
| 11/2/92 | 27 AT NEW BERN BEFORE JUDGE HOWARD (C.R.-Sharon Seawell) Deft sworn - Deft competent - Rule 11 conducted Memorandum of Plea agreement Filed Plea of Guilty to Ct. 1 Govt summarized evidence Plea freely & vol. entered Factual Basis exists Court accepts plea Sent: 2/1/93 at New Bern Bond: Federal Custody | | | | jh |
| 1/14/93 | Notice Issued - for Sentencing - Mon. Feb. 1, 1993 at 10AM at New Bern Before Judge H. c: USA, Counsel, USPO, USM, PTS, Deft    jh | | | | |
| 1-21-93 | 29 AFFIDAVIT AND MOTION FOR HAVEAS CORPUS AD TESTIFUCANDUM FOR RICHARD JAMES FORBES AND ORDER:: (Denson) for the Production of Richard Forbes. file, CROB 15 pg 122. See USA wsc | | | | |
| 2-1-93 | 29Return on Writ:: returned unexecuted by Karen Thomas/USM Office due to case being continued.    wsc | | | | |
| 2-3-93 | 30 AFFIDAVIT AND MOTION FOR HABEAS CORPUS JUSFIFICANDUM FOR RICHARD JAMES FORBES.:: AND ORDERfor production of Mr. Forbes at the Sent. of USA v. Charles Moore. cc: file, CROB 15 pg. 133 .  6cc: USA, (Denson)    wsc | | | | |
| 2/19/93 | ISSUED NOTICE FOR SENTENCING on Mon. March 8, 1993 at 10am in New Bern Before Judge H. c: USA, Counsel, Deft, USPO    jh | | | | |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 3/8/93 | JUDGMENT AND COMMITMENT - at New Bern Before Judge Howard (C.R.- Lib Leonard)<br>BOP - 151 mos.<br>SR - 60 mos.<br>Special Assessment - $50.00<br>Remanded to Custody<br>Spec. conds:<br>1. Not incur new credit charges<br>2. Prov. access to USPO as to find. info when req.<br>3. Warrantless search<br>4. Program for narcotic addiction<br>5. fine income tax returns for all future years as prov. by law.<br>(Judge Howard) O.B.# 16P.# 3  c: USA, USPO, PTS, USM, Deft, Counsel, Judge H., Fin. Dep.        Ent. 3/10/93 | | jh | | |
| 3/8/93 | Presentence Report Sealed | jh | | | |
| 3-16-93 | 32 **RETURN ON WRIT::** executed on 3-8-93 for return of Richard Forbes to Pitt County Jail. by DUSM John Done. | wsc | | | |
| 5/11/93 | **RETURN ON J/C** - deft delivered on 4/13/93 to FCI, Talladega Alabama (Debra Eholz, Legal Tech) | jh | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days